# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

KIRSTEN CHRISTIAN,

              Plaintiff,

      v.                               Civil No. 06-1673-AA

MICHAEL J. ASTUE,
Commissioner of Social Security

              Defendant.

## JUDGMENT

The Commissioner's decision is not based on substantial evidence, and is therefore, reversed and remanded for payment of benefits.

Dated: February 1, 2008.

                                /s/ Ann Aiken
                              United States District Judge

**JUDGMENT**                    **DOCUMENT NO:** _____